IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN
DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| PATSY ANN DILLON, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Case No.: 1:17-cv-00151-SNLJ |
| COLLEEN J. MOORE, M.D., and SAINT FRANCIS MEDICAL CENTER, | ) ) ) ) |
| Defendants. | ) |

## ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

This cause having come on to be heard on the Plaintiff's Motion for Voluntary Dismissal Without Prejudice and the Court having considered said Motion and now being fully advised in the premises:

IT IS HEREBY ORDERED that the above captioned matter is hereby dismissed without prejudice.

Dated this 31st day of October, 2017.

_____
HONORABLE STEPHEN N. LIMBAUGH, JR.